IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATEGIC PARTNERS, INC., | Misc. Action No. |
| Plaintiff, | |
| v. | Underlying Action: |
| | 2:19-cv-02286-JWH-KS |
| | United States District Court |
| THE DOW CHEMICAL COMPANY, | Central District of California |
| Defendant. | |

**MOTION OF PLAINTIFF STRATEGIC PARTNERS, INC. TO COMPEL FURTHER RESPONSES TO SUBPOENA AND THE PRODUCTION OF DOCUMENTS OR, ALTERNATIVELY, TO TRANSFER MOTION**

Plaintiff Strategic Partners, Inc. ("SPI"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 37 and 45, compelling The Dow Chemical Company ("Dow") to provide further response to the subpoena propounded upon it on January 11, 2021 and to the extent no such responsive documents exist, provide a declaration detailing its search for responsive documents. Alternatively, pursuant to Federal Rules of Civil Procedure 45(g), SPI seeks an order transferring this motion to the Special Master appointed in the underlying matter, Strategic Partners, Inc. v. FIGS, Inc., et al., Civil Action No. 2:19-cv-02286-JWH-KSx, in the U.S. District Court for the Central District of California. In support of this Motion, SPI hereby incorporates

its *Opening Brief In Support Of Plaintiff Strategic Partners, Inc.'s Motion To Compel Further Responses To Subpoena And The Production Of Documents Or, Alternatively, to Transfer Motion*, filed contemporaneously herewith.

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
302-777-4200 / 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 (facsimile)
csimon@crosslaw.com

-and-

Sanford L. Michelman, Esq. (CA SBN 179702)
Marc R. Jacobs, Esq. (CA SBN 185924)
Jesse J. Contreras, Esq. (CA SBN 190538)
Jennifer S. Goldstein, Esq. (CA SBN 310335)
Camille R. Yona (CA SBN 329486)
Adam M. Korn (CA SBN 333270)
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile: (310) 201-2110

Mona Z. Hanna, Esq. (CA SBN 131439)
Jeff D. Farrow, Esq. (CA SBN 180019)
Kevin Kim, Esq. (CA SBN 275200)
Allison C. Aguirre (CA SBN 312544)
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:  (714) 557-7990
Facsimile:   (714) 557-7991

*Attorneys for Plaintiff Strategic Partners, Inc.*